NILE LEATHAM, ESQ.
Nevada Bar No. 002838
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   nleatham@klnevada.com
          mchristian@klnevada.com

Attorneys for Plaintiff
COMERICA LEASING, A DIVISION OF
COMERICA BANK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COMERICA LEASING, A DIVISION OF COMERICA BANK, a Texas banking association, successor in interest by merger to Comerica Bank, a Michigan banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC TOWER & HOIST, LLC, a Nevada Limited Liability Company, AMERICAN CRANE & HOIST ERECTORS, LLC, a Nevada Limited Liability Company,,<br><br>Defendants. | CASE NO. 2:10-cv-01583-JCM-GWF<br><br>**ORDER SATISFYING WRIT OF REPLEVIN** |

WHEREAS, this Court issued a *Writ of Replevin* in this matter on September 22, 2010 [Doc. 8] upon a *Judgment and Order of Possession* entered by the U.S. District Court for the Eastern District of Michigan in Civil Case No. 2:10-cv-11555, in favor of Comerica Leasing, a division of Comerica Bank ("Comerica"); and

WHEREAS, upon the representations of Comerica, by and through its counsel, and upon a Settlement Agreement between the parties, the U.S. District Court for the Eastern District of Michigan ordered its *Judgment and Order of Possession* SATISFIED [*see* Doc. 15 in Civil Case No. 2:10-cv-11555, attached hereto as Exhibit 1]; and

WHEREAS, this Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the *Writ of Replevin* entered by this Honorable Court on September 22, 2010 is SATISFIED.

_____
United States District Court Judge

Dated: March 16, 2012

**SUBMITTED BY:**

**KOLESAR & LEATHAM**

By _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
COMERICA LEASING, A DIVISION
OF COMERICA BANK

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

COMERICA LEASING, A DIVISION OF
COMERICA BANK, a Texas banking association,
successor in interest by merger to Comerica Bank,
a Michigan banking corporation

      Plaintiff,

vs.                Case No. 2:10-cv-11555
                Hon. Robert H. Cleland

REPUBLIC TOWER & HOIST, LLC, a Nevada
Limited Liability Company, AMERICAN CRANE
& HOIST ERECTORS, LLC, a Nevada Limited
Liability Company,

      Defendants.
_____/

## SATISFACTION OF JUDGMENT
## AND ORDER FOR POSSESSION

At a session of said Court held in the City
of Detroit, County of Wayne, and State
of Michigan on January 23, 2012

PRESENT: Hon. Robert H. Cleland
United States District Court Judge

Upon the representations of Comerica Leasing a division of Comerica Bank, by and through its counsel, and upon the Settlement Agreement between the parties to this case, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED the Default Judgment and Order for Possession entered by this Honorable Court on July 28, 2010 is SATISFIED.

            s/Robert H. Cleland
            HON. ROBERT H. CLELAND
            United States District Court Judge

Agreed as Substance and Form:

/s/ John T. Below
John T. Below (P48677)

21181.190 Doc# 95